```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  MATTHEW P. DE MOURA
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2936
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   No. 2:10-mj-00208 KJN
                                 )
12          Plaintiff,           )   ORDER
                                 )
13      v.                       )
                                 )
14  CHRIS SANDOVAL,              )   DATE:  October 1, 2010
                                 )   TIME:  9:00 a.m.
15          Defendant.           )   JUDGE: Hon. Kendall J. Newman
    _____)
16
17      It is Hereby Ordered that the plaintiff United States of
18  America's motion to dismiss Case No. 2:10-mj-00208 KJN is
19  GRANTED. Accordingly, the Court Trial set for 10/1/2010 at 9:00
20  a.m. is VACATED.
21      IT IS SO ORDERED.
22
23
24  Dated: September 28, 2010
25
26
27                              _____
28                              KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE
```